FEE DUE
RELATED DDJ

**NAME:** Bernie Woodson

**PRISON IDENTIFICATION/BOOKING NO.:** #59948-177

**ADDRESS OR PLACE OF CONFINEMENT:** P.O. FCI Victorville II medium

P.O. Box 3850 Adelanto CA. 92301

Note: If represented by an attorney, provide name, address, & telephone number. *It is your responsibility to notify the Clerk of Court in writing of any change of address.*

FILED
CLERK, U.S. DISTRICT COURT
SEP 28 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ~~FEE~~ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**FULL NAME** (Include name under which you were convicted): Bernic L Woodson JR

Petitioner,

v.

**NAME OF WARDEN,** (or other authorized person having custody of petitioner): J. Doerer

Respondent.

**CASE NUMBER:**
CV 5:23-CV-01996-DMG(6JS)
To be supplied by the Clerk of the United States District Court

CR _____
Criminal case under which sentence was imposed.

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**
**(28 U.S.C. § 2241)**

### INSTRUCTIONS - READ CAREFULLY

This petition shall be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. You must set forth CONCISELY the answer to each question in the proper space on the form. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that ONE separate additional page is permitted in answering Question No. 9.

Upon receipt of a fee of $5.00, your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information that establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

When the petition is completed, the original and 3 copies must be mailed to the Clerk of the United States District Court for the Central District of California, Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite TS-134, Los Angeles, California 90012, ATTENTION: Intake/Docket Section.

Only one sentence, conviction, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☐ a conviction.
2. ☐ a sentence.
3. ☐ jail or prison conditions.
4. ☒ prison discipline.
5. ☐ a parole problem.
6. ☐ other.

## PETITION

1. Place of detention  FCI Victorville II medium  PO Box 3850 Adelanto, CA 92301

2. Name and location of court that imposed sentence  Northern District of Texas, Dallas Division  1100 Commerce Street, Room 1452  Dallas TX 75242

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:
   a. Possession of meth  21 U.S.C § 841 (a)(1) And (b)(1)(A)
   b. _____
   c. _____

4. The date upon which sentence was imposed and the terms of the sentence:
   a. September 29, 2021
   b. 263 months
   c. _____

5. Check whether a finding of guilty was made:
   a. ☒ After a plea of guilty
   BW b. ☒ After a plea of not guilty
   c. ☐ After a plea of nolo contendere

6. If you were found guilty after a plea of not guilty, check whether that finding was made by:
   a. ☐ a jury
   BW b. ☒ a judge without a jury

7. Did you appeal from the judgment of conviction or the imposition of sentence?  ☒ Yes   ☐ No

8. If you did appeal, give the following information for each appeal:

   **CAUTION:** *If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court that entered the judgment.*

   a. (1) Name of court  United States Court of Appeals for the Fifth Circuit
      (2) Result  Dismissed
      (3) Date of result  September 2022
      (4) Citation or number of opinion  United States v. Woodson, US. App. LEXIS 25902 (No-21-11005)

(5) Grounds raised (*list each*):
  (a) Ineffective Assistance of Counsel
  (b) —
  (c) —
  (d) —

b. (1) Name of court __N/A__
  (2) Result __N/A__
  (3) Date of result __N/A__
  (4) Citation or number of opinion __N/A__
  (5) Grounds raised (*list each*):
    (a) N/A
    (b) N/A
    (c) N/A
    (d) N/A

9. State CONCISELY every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a SINGLE page only behind this page.

    **CAUTION**: *If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. A rule of thumb to follow: state WHO did exactly WHAT to violate your rights at WHAT time and place.*

a. Ground one: Due Process (Code 216 (Bribing))

Supporting FACTS (tell your story BRIEFLY without citing cases or law): My Due process right were violated in My Incident Report (3624982) Dated 5-3-2022. the FBoP is charge of Code 216 (Bribery) is FALSE. I DiD Not offer [a]ny FBoP staff member(s) Any bribe (money or other things of value) in return for Favors, Favorable treatment, influence, or privileges As A Result of the Alleged bribe. this Assertion is supported by the charge, which was Not made known to me directly, to Code 299 (Disruptive Conduct), which makes the

b. Ground two: Due Process (Code 299 (Disruptive Conduct))

Supporting FACTS (tell your story BRIEFLY without citing cases or law): The Code 299 (Disruptive Conduct) violates my Due process rights Because it DOES Not identify How my Conduct is disruptive to the orderly running of the institution. Additionally, I Never Attended a second Hearing for the Code 299 As DHO McIlrath claims. He stated that I HAD A [DHO] Hearing on 8-8-2022. But, the western Regional office of the FBoP did Not respond to my Administrative

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

Grounds (Continuation Page)

a. Ground One (cont'd...)
Code 216 (Bribery) inapplicable. Therefore, the Code 216 should Be expunged From my Inmate Files, if it Has Not Already Been done.

b. Ground Two (cont'd...)
Appeal until 8-8-2022 (Remedy ID# 1126645-R1) Dated 6-2-2022 until 8-8-2022 And Associate Warden N. McDowell At USP Lompoc, CA Confirmed, in writing, through an electronic "Request to Staff", dated 3-2-2023, that I only Had ONE Hearing. Therefore, Because I was Not Given an opportunity to Be Heard, at A Hearing, in a timely manner, And the Fact that the DHO Falsified Statements to the Contrary, the Code 299 (Disruptive Conduct) should also Be Expunged.

c. Ground Three (cont'd...)
Came looking For me in the institution library (Education Department) at USP Lompoc, CA in March 2, 2023. My Assertion of His bias is Further supported by His Falsification of the existence of a second Hearing, which was Contradicted By FBOP executive staff member Ms N. McDowell at USP Lompoc, CA, on 3-2-2023.

c. Ground three: __DHO Bias__

Supporting FACTS (tell your story BRIEFLY without citing cases or law): __I Did Not Receive Due process For Incident Report # 3624982, dated 5-3-2022, Because DHO McIlrath Had personal bias against me. He failed to Actually Consider the fact that the Code 299 did Not describe How my conduct went from alleged bribery to Being disruptive to the orderly running of the institution. He, also exhibited personal bias when He, personally,__

d. Ground four: __N/A__

Supporting FACTS (tell your story BRIEFLY without citing cases or law): __N/A__

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions, or motions with respect to this conviction?   ☐ Yes ☑ No

11. If your answer to Question No. 10 was yes, give the following information:

   a. (1) Name of Court __N/A__
      (2) Nature of proceeding __N/A__
      (3) Grounds raised __N/A__

      (4) Result __N/A__
      (5) Date of result __N/A__
      (6) Citation or number of any written opinions or orders entered pursuant to each disposition.
         __N/A__

b. (1) Name of Court ___N/A___
   (2) Nature of proceeding ___N/A___
   (3) Grounds raised ___N/A___

   (4) Result ___N/A___
   (5) Date of result ___N/A___
   (6) Citation or number of any written opinions or orders entered pursuant to each disposition.
   ___N/A___

12. If you did not file a motion under Section 2255 of Title 28, United States Code, or if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention:
   ___N/A___

13. Are you presently represented by counsel? ☐ Yes ☑ No
    If so, provide name, address, and telephone number ___N/A___

    Case name and court ___N/A___

14. If you are seeking leave to proceed *in forma pauperis*, have you completed the declaration setting forth the required information?   ☐ Yes   ☐ No   N/A

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

___N/A___
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___9-15-2023___
           *Date*

___[signature] Bernie A. Woodson___
*Signature of Petitioner*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

Case No.:

CERTIFICATE OF SERVICE

I, Bernie Woodson, do hereby certify that, on this 19th day of September 2023, a true and correct copy of my 2241 Petition (4 sets Pages 1-5 of 7 and Page 3A (Continuation of Page 3 of 7) - 24 Pages), dated 9-15-2023, and this Certificate of Service (1 page), for a total of (25 pages), was placed in the institution mailbox / given to an FCI Victorville II staff member at FCI Victorville II, in Adelanto, CA, with proper postage attached, and filed pursuant to the "prison mailbox rule" in Houston v. Lack, 487 U.S. 266 (1988) and sent via Certified Mail (Receipt #: 9589 0710 5270 0170 6701 09) to the Clerk of Court for the United States District Court for the Central District of California at 255 East Temple Street Suite TS-134 in Los Angeles, CA 90012.

I, respectfully, request that the Clerk of Court electronically file a copy of the above-captioned filing with:

United States Attorney's Office
for the Central District of California

Los Angeles, CA 90012

/s/ Bernie Woodson
Bernie Woodson, 59948-177, pro se
FCI Victorville II (Medium)
PO Box 3850
Adelanto, CA 92301

* BP-199 for $5.00 for the 2241 filing fee is in process and the $5.00 should arrive at the court shortly.

Page 1 of 1

Bernie Woodson 59948-177
FCI Victorville II Medium
PO Box 3850
Adelanto, CA 92301

CERTIFIED MAIL
9589 0710 5270 0170 6701 09

LEGAL MAIL
(25) PAGES 9- -2023 BW



CLERK, U.S. DISTRICT COURT
RECEIVED BY
SEP 28 2023
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

⇔59948-177⇔
Usdistrict Court Ca
ATTN Clerk of Court
255 E Temple ST
Suite Ts-134
LOS Angeles, CA 90012
United States


