UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNIE L. WOODSON, JR., <br><br> Petitioner, <br><br> v. <br><br> J. DOERER, <br><br> Respondent. | Case No. ED CV 23-01996-DMG (E) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all documents filed and lodged in this action, and the Report and Recommendation of United States Magistrate Judge [Doc. # 12, "Report"]. The time to file Objections to the Report has passed and no Objections have been received by the Court.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, **IT IS ORDERED** that the Petition is **DENIED**; and Judgment shall be entered dismissing this action with prejudice.

DATED: November 4, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE