JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNIE L. WOODSON, JR., <br><br> Petitioner <br><br> v. <br><br> J. DOERER, <br><br> Respondent. | Case No. ED CV 23-01996-DMG (E) <br><br><br> **JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED THAT this action is dismissed with prejudice.

DATED: November 4, 2025

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE